Certificate Number: 17082-MSN-DE-040871886

Bankruptcy Case Number: 26-11346



17082-MSN-DE-040871886

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 17, 2026, at 6:38 o'clock PM MST, ALTEN D TODD completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Mississippi.

Date:   April 18, 2026                 By:      /s/Orsolya K Lazar

Name:   Orsolya K Lazar

Title:   Executive Director