| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | **Alten DeWayne Todd**<br>First Name   Middle Name   Last Name | Social Security number or ITIN:   xxx–xx–0241<br>EIN:   _ _–_ _ _ _ _ _ _ | |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN:   _ _ _ _<br>EIN:   _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court:   Northern District of Mississippi | | Date case filed for chapter:   7   4/16/26 | |
| Case number:   26–11346–JDW | | | |

Official Form 309A (For Individuals or Joint Debtors)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline      10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Alten DeWayne Todd | | |
| 2. | **All other names used in the last 8 years** | aka Alten D Todd | | |
| 3. | **Address** | 5320 Woodchase Dr.<br>Southaven, MS 38671 | | |
| 4. | **Debtor's attorney**<br>Name and address | Thomas C. Rollins Jr.<br>The Rollins Law Firm, PLLC<br>PO BOX 13767<br>Jackson, MS 39236 | | Contact phone 601–500–5533 |
| 5. | **Bankruptcy trustee**<br>Name and address | William Fava<br>Chapter 7 Trustee<br>Post Office Box 783<br>Southaven, MS 38671 | | Contact phone 662–536–1116 |

For more information, see page 2 >

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**      page **1**

Debtor  **Alten DeWayne Todd**                                                                                          Case number **26–11346–JDW**

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Cochran U.S. Bankruptcy Courthouse<br>703 Highway 145 North<br>Aberdeen, MS 39730 | Hours open:<br>8:00 a.m. – 5:00 p.m., Monday through Friday<br><br>Contact phone 662–369–2596<br><br>Date: 4/16/26 |
| **7.** **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 17, 2026 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting, Go to Zoom.us/join, Enter Meeting ID 398 353 2762, and Passcode 7764790587, OR call (662) 354–6683**<br><br>For additional meeting information go to www.justice.gov/ust/moc |
| **8.** **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9.** **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 8/17/26** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                        page **2**

United States Bankruptcy Court

Northern District of Mississippi

| In re: | Case No. 26-11346-JDW |
|---|---|
| Alten DeWayne Todd | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0537-1 | User: autodocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 16, 2026 | Form ID: 309A | Total Noticed: 23 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alten DeWayne Todd, 5320 Woodchase Dr., Southaven, MS 38671-8439 |
| 4668054 | | Pshon Robinson, 5323 Woodchase Dr, Southaven, MS 38671 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: trollins@therollinsfirm.com | Apr 16 2026 23:48:00 | Thomas C. Rollins, Jr., The Rollins Law Firm, PLLC, PO BOX 13767, Jackson, MS 39236 |
| tr | + | EDI: FWLFAVA | Apr 17 2026 03:43:00 | William Fava, Chapter 7 Trustee, Post Office Box 783, Southaven, MS 38671-0009 |
| ust | + | Email/Text: ustpregion05.ja.ecf@usdoj.gov | Apr 16 2026 23:49:00 | U. S. Trustee, 501 East Court Street, Suite 6-430, Jackson, MS 39201-5022 |
| 4668043 | + | EDI: AAFES | Apr 17 2026 03:43:00 | AAFES, Attn: Bankruptcy, P.O. Box 650060, Dallas, TX 75265-0060 |
| 4668044 | + | EDI: MAXMSAIDV | Apr 17 2026 03:43:00 | Aidvantage, Po Box 300001, Greenville, TX 75403-3001 |
| 4668045 | | EDI: BANKAMER | Apr 17 2026 03:43:00 | Bank of America, Attn: Bankruptcy, P.O.Box 15019, Wilmington, DE 19886 |
| 4668046 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Apr 16 2026 23:59:37 | Best Egg, Attn: Bankrupcty, Po Box 42912, Philadelphia, PA 19101-2912 |
| 4668047 | ^ | MEBN | Apr 16 2026 23:48:23 | CACI, Attn: Bankruptcy, 500 Northwest Plaza, Ste 300, St. Ann, MO 63074-2218 |
| 4668048 | + | EDI: CAPITALONE.COM | Apr 17 2026 03:43:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 4668049 | + | EDI: CAPITALONE.COM | Apr 17 2026 03:43:00 | Capital One, P.O. Box 1330, Charlotte, NC 28201-1330 |
| 4668050 | + | Email/Text: BNKO@cpcrecovery.com | Apr 16 2026 23:49:00 | Central Portfolio, Attn: Bankruptcy Dept, 10249 Yellow Circle Dr, Ste 200, Minnetonka, MN 55343-9111 |
| 4668051 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 16 2026 23:59:25 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 4668052 | + | EDI: PHINGENESIS | Apr 17 2026 03:43:00 | Genesis FS Card, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 4668053 | + | Email/Text: bankruptcy@marinerfinance.com | Apr 16 2026 23:48:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 4668056 | | Email/Text: bankruptcies@starmarkfin.com | Apr 16 2026 23:49:00 | Starmark Financial Llc, 800 Fairway Drive, Deerfield Beach, FL 33441 |

District/off: 0537-1 | User: autodocke | Page 2 of 2
Date Rcvd: Apr 16, 2026 | Form ID: 309A | Total Noticed: 23

| 4668055 | + EDI: AGFINANCE.COM | | |
| | | Apr 17 2026 03:43:00 | Springlf Fin, Po Box 1010, Evansville, IN 47706-1010 |
| 4668058 | + EDI: SYNC | | |
| | | Apr 17 2026 03:43:00 | Synchrony Bank, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065 |
| 4668057 | + EDI: SYNC | | |
| | | Apr 17 2026 03:43:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 4668059 | + EDI: LCITDAUTO | | |
| | | Apr 17 2026 03:43:00 | Td Auto Finance, Attn: Bankruptcy, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 4668060 | + EDI: VERIZONCOMB.COM | | |
| | | Apr 17 2026 03:43:00 | Verizon Wireless, P.O.Box 408, Newark, NJ 07101-0408 |
| 4668061 | + EDI: AGFINANCE.COM | | |
| | | Apr 17 2026 03:43:00 | Webbank/onemain, Po Box 1010, Evansville, IN 47706-1010 |

TOTAL: 21

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2026          Signature:          /s/Gustava Winters