**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Alten DeWayne Todd<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–0241 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Northern District of Mississippi | | |
| Case number: | 26–11346–JDW | | |

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Alten DeWayne Todd
aka Alten D Todd

8/18/26

**By the court:** Jason D. Woodard
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Mississippi

In re: Case No. 26-11346-JDW
Alten DeWayne Todd Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0537-1 User: autodocke Page 1 of 2
Date Rcvd: Aug 18, 2026 Form ID: 318 Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alten DeWayne Todd, 5320 Woodchase Dr., Southaven, MS 38671-8439 |
| 4668054 | | Pshon Robinson, 5323 Woodchase Dr, Southaven, MS 38671 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4668043 | + | EDI: AAFES | Aug 19 2026 05:25:00 | AAFES, Attn: Bankruptcy, P.O. Box 650060, Dallas, TX 75265-0060 |
| 4668044 | + | EDI: MAXMSAIDV | Aug 19 2026 05:25:00 | Aidvantage, Po Box 300001, Greenville, TX 75403-3001 |
| 4668044 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Aug 19 2026 01:42:14 | Aidvantage, Po Box 300001, Greenville, TX 75403-3001 |
| 4668045 | | EDI: BANKAMER | Aug 19 2026 05:25:00 | Bank of America, Attn: Bankruptcy, P.O.Box 15019, Wilmington, DE 19886 |
| 4668046 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Aug 19 2026 01:42:04 | Best Egg, Attn: Bankrupcty, Po Box 42912, Philadelphia, PA 19101-2912 |
| 4668047 | ^ | MEBN | Aug 19 2026 01:35:38 | CACI, Attn: Bankruptcy, 500 Northwest Plaza, Ste 300, St. Ann, MO 63074-2218 |
| 4668048 | + | EDI: CAPITALONE.COM | Aug 19 2026 05:25:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 4668049 | + | EDI: CAPITALONE.COM | Aug 19 2026 05:25:00 | Capital One, P.O. Box 1330, Charlotte, NC 28201-1330 |
| 4668050 | + | Email/Text: BNKO@cpcrecovery.com | Aug 19 2026 01:37:00 | Central Portfolio, Attn: Bankruptcy Dept, 10249 Yellow Circle Dr, Ste 200, Minnetonka, MN 55343-9111 |
| 4668051 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 19 2026 01:42:04 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 4668052 | + | EDI: PHINGENESIS | Aug 19 2026 05:25:00 | Genesis FS Card, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 4668053 | + | Email/Text: bankruptcy@marinerfinance.com | Aug 19 2026 01:36:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 4668056 | | Email/Text: bankruptcies@starmarkfin.com | Aug 19 2026 01:36:00 | Starmark Financial Llc, 800 Fairway Drive, Deerfield Beach, FL 33441 |
| 4668055 | + | EDI: AGFINANCE.COM | Aug 19 2026 05:25:00 | Springlf Fin, Po Box 1010, Evansville, IN 47706-1010 |
| 4668058 | + | EDI: SYNC | Aug 19 2026 05:25:00 | Synchrony Bank, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065 |

| | | | |
|---|---|---|---|
| 4668057 | + EDI: SYNC | Aug 19 2026 05:25:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 4669650 | + EDI: LCITDAUTO | Aug 19 2026 05:25:00 | TD Bank, N.A., Jacob Zweig, Esq., EVANS PETREE PC, 1715 Aaron Brenner Drive, Suite 800, Memphis, TN 38120-1445 |
| 4668059 | + EDI: LCITDAUTO | Aug 19 2026 05:25:00 | Td Auto Finance, Attn: Bankruptcy, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 4668060 | + EDI: VERIZONCOMB.COM | Aug 19 2026 05:25:00 | Verizon Wireless, P.O.Box 408, Newark, NJ 07101-0408 |
| 4668061 | + EDI: AGFINANCE.COM | Aug 19 2026 05:25:00 | Webbank/onemain, Po Box 1010, Evansville, IN 47706-1010 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jacob C Zweig | on behalf of Creditor TD Bank N.A. jzweig@evanspetree.com, mstevens@evanspetree.com;jstonecipher@evanspetree.com |
| Thomas C. Rollins, Jr. | on behalf of Debtor Alten DeWayne Todd trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |
| William Fava | wfava@favafirm.com wlf@trustesolutions.net |

TOTAL: 4